AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**McHUGH, INC.,**
        Appellant,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO. C2-12-061

**JAMES V. WARD,**
        Appellee.

JUDGE EDMUND A. SARGUS, JR.

**McHUGH, INC.,**
        Appellant,

CASE NO. C2-12-062

v.

JUDGE EDMUND A. SARGUS, JR.

**EDWARD C. THOMPSON, JR.**
        Appellee.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 27, 2012, JUDGMENT is hereby entered DISMISSING these cases.**

Date: September 27, 2012        JOHN P. HEHMAN, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk